No. 130, Misc. RICHTER *v.* BURKE, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner *pro se*. *Richardson Dilworth* for respondent.

No. 135, Misc. LOVINGS *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied. *Ralph R. Bremers* for petitioner. *Clarence S. Beck,* Attorney General of Nebraska, and *Ralph D. Nelson,* Assistant Attorney General, for respondent.

No. 2, Misc. CATO *v.* CALIFORNIA. Supreme Court of California. Petition for writ of certiorari denied without prejudice to the petitioner's rights under the facts alleged to prosecute an appeal in the California state courts in accordance with principles announced in *People* v. *Slobodion,* 30 Cal. 2d 362, 181 P. 2d 868. THE CHIEF JUSTICE took no part in the consideration or decision of this application. Petitioner *pro se*. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Chief Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 53, Misc. SHEFFIELD *v.* LOUISIANA. Supreme Court of Louisiana. Petition for writ of certiorari denied without prejudice to petitioner to apply to the appropriate United States District Court for a writ of habeas corpus. *Eugene Stanley* for petitioner.

No. 111, Misc. CHRISTOFFEL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this appli-